## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MCBRIDE, Individually and Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff(s), | ) ) ) | Case No. 1:24-CV-00117-SNLJ |
| v. | ) ) | |
| TYSON FOODS, INC., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the defendant's Partial Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Rule 12(b)(2) [Doc. 11]. Defendant seeks to dismiss claims by putative opt-in plaintiffs who complain of alleged misconduct that did not take place in Missouri. Plaintiff does not oppose the motion or the specific relief sought [Doc. 22]. The putative opt-in plaintiffs, furthermore, have withdrawn their consent [Doc. 23]. The Court will grant the defendant's motion to dismiss the parts of the plaintiff's Complaint that plead a collective action on behalf of out-of-state putative opt-in plaintiffs who complain of allegedly unlawful conduct that did not occur in Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's partial motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) [Doc. 11] is GRANTED.


Dated this 4th day of September, 2024.


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE