UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MCBRIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:24-cv-00117-SNLJ |
| | ) | |
| TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismissing all claims in this action with prejudice, with each party to bear his or its own attorneys' fees and costs.  [Doc. 49].  The parties' stipulation of dismissal is effective upon filing and does not require judicial approval.  *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, the Clerk of Court shall **CLOSE** the case.

**SO ORDERED** this 7th day of July, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE